Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Elvis Edilson Zelaya Hernandez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Elvis Edilson Zelaya Hernandez,

Petitioner,

v.

John Mattos, *et al.*,

Respondents.

Case No. 2:26-cv-02536-GMN-NJK

**Petitioner's Unopposed Motion for Extension of Time to File First Amended Petition and Motion to Proceed In Forma Pauperis**

**(Second Request)**

Petitioner, through this undersigned counsel, hereby requests that the Court extend the due date for Petitioner's first amended petition by 14 days, up to and including September 11, 2026. This is the second request for an extension of time. Federal Respondents, through counsel, do not oppose this request.

## POINTS AND AUTHORITIES

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on August 14, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner the same day.[2] Federal Respondents filed their required document disclosure and position regarding *Jacobo Ramirez* class membership on August 19, 2026.[3] This Court directed the FPD to file an amended petition and filing fee or motion to proceed in forma pauperis within 10 days from the date of entry of the appointment order, making it due August 24, 2026.[4] Undersigned counsel then asked for a four day extension of time due to being unable to meet with Mr. Zelaya Hernandez until Aust 26.[5] The Court granted that extension.[6] For the reasons explained below, Petitioner now requests a 14-day extension of time for Petitioner to file his amended petition.

Here, good cause exists for an extension of time. Undersigned counsel has been diligently working on Mr. Zelaya Hernandez's case, including meeting with him on August 26, meeting with his counsel for immigration proceedings on August 28, and beginning to research the issues in the case. However, Mr. Zelaya Hernandez's case involves complex legal issues that require additional research and investigation. Accordingly, undersigned counsel requests an additional two weeks to prepare and file the amended petition. Two weeks are necessary because undersigned counsel will be out of the office on preplanned annual leave from

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 8.

[4] ECF No. 3 at 2, 6.

[5] ECF No. 9. Undersigned counsel was able to advance her meeting with Mr. Zelaya Hernandez from August 27 to August 26.

[6] ECF No. 10.

August 31 through September 7. No additional requests to extend this deadline are anticipated.

Pursuant to this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, Martin Mayer, on August 27, 2026, to confer about the request for an extension and he indicated Respondents are unopposed. This motion is filed in good faith and for good cause. It is not filed for the purpose of delay, but in the interests of justice and the interests of Petitioner.

Dated August 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: August 28, 2026